UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ANN C. DORSEY, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:08-cv-243 |
| v. | ) Judge Mattice |
| | ) |
| HARTFORD LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation [Court Doc. 24] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Defendants' Motion to Transfer Venue [Court Doc. pursuant to 28 U.S.C. § 1404(a) is **GRANTED**. The Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Northern District of Georgia.

SO ORDERED this 16th day of March, 2009.

                                                */s/Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                                UNITED STATES DISTRICT JUDGE